IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUADALUPE YNOSTROZA, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 4:13-cv-00920 |
| GC SERVICES, LP, | § § | |
| Defendant. | § § § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, GUADALUPE YNOSTROZA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: November 17, 2014         Respectfully Submitted,

                                 By:/s/ Ryan Lee
                                  Ryan Lee
                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
