## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GUADALUPE YNOSTROZA, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 4:13-cv-00920 |
| GC SERVICES, LP, | § § | |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, GUADALUPE YNOSTROZA and Defendant, GC SERVICES, LP., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GUADALUPE YNOSTROZA, against Defendant, GC SERVICES, LP., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear its own costs and attorneys' fees

Dated: January 27, 2015            Respectfully Submitted,

                                      By:/s/ Ryan Lee
                                      Ryan Lee
                                      Attorneys for Plaintiff

Dated: January 27, 2015            Respectfully Submitted,

                                      By:/ /s Kandy E. Messenger
                                      Kandy E. Messenger
                                      Attorneys for Defendant